JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
MARIA BEE, Deputy City Attorney - State Bar #167716
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6512     Fax: (510) 238-6500
23206:311856

Attorneys for Defendants
OFFICER H. CHUN, OFFICER DUTCH
and CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JONES,<br><br>            Plaintiff,<br><br>      v.<br><br>OFFICER H. CHUN, OFFICER DUTCH, INDIVIDUALLY AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, AND THE CITY OF OAKLAND,<br><br>            Defendants. | Case No. C 03-3303 WHA<br><br>**DEFENDANTS' ANSWER TO COMPLAINT** |

Defendants OFFICER H. CHUN, OFFICER DUTCH, and CITY OF OAKLAND hereby answer, object, and otherwise respond to the Complaint on file herein as follows.

**PARTIES**

1.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

2.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every

allegation contained herein.

3.   Admitted.

## JURISDICTION AND VENUE

4.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

5.   Defendants admit that plaintiff filed a claim with the City and that the claim was denied. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and on that basis, deny each and every allegation contained herein.

## STANDING

6.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

7.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

8.   Defendants deny that Oakland Police officers injured Plaintiff. Defendants admit each and every remaining allegation contained herein.

9.   Defendants deny that the officers injured Plaintiff. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every remaining allegation contained herein.

## STATE ACTION

10.   Defendants deny the allegations set forth in this paragraph.

11.   Defendants deny the allegations set forth in this paragraph.

12.   Defendants deny the allegations set forth in this paragraph.

DEFENDANTS' ANSWER TO COMPLAINT                                                             C03-3303 WHA

1  13.  Defendants deny the allegations set forth in this paragraph.

**CLAIMS FOR RELIEF**

**FIRST CAUSE OF ACTION: VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION, 42 U.S.C. §1983**

14.  Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 13, as previously set forth.

15.  Defendants deny the allegations set forth in this paragraph.

16.  Defendants deny the allegations set forth in this paragraph.

17.  Defendants deny the allegations set forth in this paragraph.

**SECOND CAUSE OF ACTION:**
**VIOLATION OF CALIFORNIA CIVIL CODE SECTION 51.2-7, THE CIVIL RIGHTS ACT.**

18.  Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 17, as previously set forth.

19.  Defendants deny the allegations set forth in this paragraph.

**THIRD CAUSE OF ACTION:**
**CALIFORNIA TORT LAW: ASSAULT AND BATTERY**

20.  Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 19, as previously set forth.

21.  Defendants deny the allegations set forth in this paragraph.

22.  Defendants deny the allegations set forth in this paragraph.

**FOURTH CAUSE OF ACTION:**
**CALIFORNIA TORT LAW: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

23.  Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 22, as previously set forth.

24.  Defendants deny the allegations set forth in this paragraph.

25.  Defendants deny the allegations set forth in this paragraph.

DEFENDANTS' ANSWER TO COMPLAINT                                C03-3303 WHA

**EXEMPLARY AND PUNITIVE DAMAGES**

26. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 25, as previously set forth.

27. (Erroneously numbered as 28).   Defendants deny the allegations set forth in this paragraph.

**AFFIRMATIVE DEFENSES**

**I.**

AS A FURTHER, FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that the complaint fails to state a claim upon which relief can be granted.

**II.**

AS A FURTHER, SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege, on information and belief, that plaintiff did not exercise ordinary care, caution, or prudence to avoid the alleged event and/or accident; consequently, the subsequent injuries or damages, if any, sustained by plaintiff were proximately caused by and contributed to by plaintiff's comparative negligence, and any damages they might otherwise be entitled to should be proportionately reduced by the degree of plaintiff's negligence.

**III.**

AS A FURTHER, THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that the injuries and damages plaintiff complains of resulted from the acts and/or omissions of others, or acts of God, and without any fault on the part of defendants.

**IV.**

AS A FURTHER, FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that any party or individual who contributed to and/or caused the alleged injuries and damages was not acting as its agent or with its knowledge or within

the course and/or scope of employment with defendant CITY OF OAKLAND.

V.

AS A FURTHER, FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, to the extent that plaintiff may attempt to allege state claims, these are barred by all applicable Government Code protections and immunities, including, but not limited to, sections 815 through 900. Said sections are pleaded as though fully set forth herein.

VI.

AS A FURTHER, SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that all of the actions of defendants were undertaken in good faith and with the reasonable belief that such actions were valid, necessary, reasonable, lawful and constitutionally proper, entitling defendants to the qualified immunity of good faith.

VII.

AS A FURTHER, SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, if they in any fashion caused the injuries or damages alleged, although such liability is expressly denied herein, their acts and/or omissions were reasonable and privileged.

VIII.

AS A FURTHER, EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege, on information and belief, that plaintiff failed to mitigate damages.

IX.

AS A FURTHER, NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, to the extent that plaintiff alleges or asserts matters not contained in a legally sufficient claim filed by him, this action is barred by the claims requirements set forth in Government Code Section 905 et seq.

X.

AS A FURTHER, TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants

DEFENDANTS' ANSWER TO COMPLAINT          C03-3303 WHA

allege that this action is barred, under Government Code § 945.6, by plaintiff's failure to file his action within six months after denial of his claim by defendants.

XI.

AS A FURTHER, ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that this action is barred by all applicable statutes of limitations.

**PRAYER**

**WHEREFORE**, defendants pray that:

1. Plaintiff takes nothing by his Complaint;
2. Defendants have judgment against Plaintiff;
3. Defendants be awarded their costs of suit; and
4. For such other and further relief as the Court may deem proper.

Dated: September 3, 2003

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
MARIA BEE, Deputy City Attorney

By: _____
Attorneys for Defendant
CITY OF OAKLAND